

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
JUL 18 2007
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 4:07CR 3099 |
| v. ) | |
| ) | INDICTMENT |
| ENRIQUE GUADALUPE SOSA, a/k/a LUPE, ) | (21 U.S.C. §§ 846) |
| CESAR ALFREDO TORRES, a/k/a CESAR ) | |
| RODRIGO SALAS VALLEJO, and FERNANDO ) | |
| MANRIQUEZ MARQUEZ, a/k/a FERNANDO ) | |
| MARQUEZ, a/k/a FERNANDO MANRIQUEZ, ) | SEALED |
| Defendants. ) | |

The Grand Jury Charges:

## COUNT I

Between on or about September 1, 2005, and on or about February 28, 2007, in the District of Nebraska and elsewhere, ENRIQUE GUADALUPE SOSA, a/k/a LUPE, CESAR ALFREDO TORRES, a/k/a CESAR RODRIGO SALAS VALLEJO, and FERNANDO MANRIQUEZ MARQUEZ, a/k/a FERNANDO MARQUEZ, a/k/a FERNANDO MANRIQUEZ, the defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree, together and with other persons, some known and some unknown to the Grand Jury, to distribute and possess with the intent to distribute 500 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance; 500 grams or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers, a Schedule II controlled substance; and 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21 United States Code, Sections 841(a)(1) and 841(b)(1).

In violation of Title 21, United States Code, Section 846.

A TRUE BILL



Foreperson

_(signature)_
JOE W. STECHER
United States Attorney

The United States of America requests that the trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

_(signature)_
SARA E. FULLERTON
Assistant United States Attorney

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
07 JUL 18 PM 5:19
OFFICE OF THE CLERK